Supreme Court of Pennsylvania,
Middle District.

June 6, 1995.

*ORDER*

PER CURIAM.

**AND NOW, to wit,** this 6th day of June, 1995, the Appeal is quashed. The Motion to Quash is dismissed as moot.

MONTEMURO, J., is sitting by designation.

■

FIZZANO BROTHERS, INC., Appellant,

v.

COMMONWEALTH of Pennsylvania, Board of Finance and Revenue, Appellee.

Supreme Court of Pennsylvania.

June 20, 1995.

ORDER

PER CURIAM:
Order affirmed.

MONTEMURO, J., is sitting by designation.

■

In the Matter of Alvin J. ARNETT.

No. 121 Disciplinary Docket No. 3.
Board File No. C1–95–15.
Court of Appeals of Maryland,
Misc. Docket (Subtitle BV)
No. 34, Sept. Term, 1994.

Supreme Court of Pennsylvania.

Aug. 16, 1995.
*ORDER*

PER CURIAM:

AND NOW, this 16th day of August, 1995, Alvin J. Arnett having been disbarred from the practice of law in the State of Maryland by Order of the Court of Appeals of Maryland dated December 20, 1994; the said Alvin J. Arnett having been directed on June 19, 1995, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Alvin J. Arnett is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

MONTEMURO, J., is sitting by designation.